**NOT FOR PRINTED PUBLICATION**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| MICHAEL BIRD,<br><br>    Plaintiff,<br><br>v.<br><br>PAM FLETCHER, 349TH DISTRICT JUDGE; SARAH CLARK, HOUSTON COUNTY COURT AT LAW JUDGE; WILLIAM PEMBERTON, TRIAL ATTORNEY; AND OFFICE OF THE ATTORNEY GENERAL, CHILD SUPPORT DIVISION;<br><br>    Defendants. | CIVIL ACTION NO. 9:19-CV-00220-RC |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. The court has received and considered the report (Doc. No. 4) of the magistrate judge, which recommends denying Plaintiff Michael Bird's ("Bird") "Motion for Leave to Proceed in forma pauperis." Doc. No. 2. As explained in Judge Hawthorn's report, Bird does not meet the indigency requirements of 28 U.S.C. § 1915 due to his monthly income, accumulated cash, and the value of his home and two vehicles.

No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed. Records indicate that Bird paid the $400 filing fee on January 2, 2020.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 4) is **ADOPTED** and that Bird's "Motion for Leave to Proceed in forma pauperis" (Doc. No. 2) is **DENIED**.

So **ORDERED** and **SIGNED** **January 9, 2020.**

_____
Ron Clark, Senior District Judge