**\*\*NOT FOR PRINTED PUBLICATION\*\***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL BIRD,<br>    Plaintiff,<br><br>v.<br><br>PAM FLETCHER, 349TH DISTRICT JUDGE; SARAH CLARK, HOUSTON COUNTY COURT AT LAW JUDGE; WILLIAM PEMBERTON, TRIAL ATTORNEY; OFFICE OF THE ATTORNEY GENERAL, CHILD SUPPORT DIVISION; AND DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, CHILD PROTECTIVE SERVICES,<br><br>    Defendants. | CASE NUMBER 9:19-CV-00220-RC |

## ORDER ACCEPTING REPORT AND RECOMMENDATION GRANTING DEFENDANTS' MOTIONS TO DISMISS

On November 25, 2019, *pro se* Plaintiff Michael Bird ("Bird") filed this lawsuit against Defendants Pam Fletcher, 349th District Judge, William Pemberton, Sarah Clark, Houston County Court at Law Judge, Department of Family and Protective Service, and Office of the Attorney General Child Support Division. On May 1, 2020, United States Magistrate Judge Zack Hawthorn entered a report (Doc. No. 34), which recommended granting the Defendants' motions to dismiss (Doc. No. 10, 11, 12, 20) because Bird's claims are barred by judicial immunity, Eleventh Amendment immunity, and the *Rooker-Feldman* Doctrine, and that the court should decline to exercise supplemental jurisdiction over Bird's negligence claim. This court agrees with these recommendations. Bird failed to file objections to the magistrate judge's report and recommendation and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 34) is **ACCEPTED**. Accordingly, the Defendants' motions to dismiss (Doc. No. 10, 11, 12, 20) are **GRANTED** and Bird's complaint is **DISMISSED**.

A final judgment will be entered separately.

So ORDERED and SIGNED, Jun 02, 2020.

_____
Ron Clark
Senior Judge